Paul T. Trimmer
Nevada State Bar No. 9291
Holly E. Walker
Nevada State Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
Email:  holly.walker@jacksonlewis.com

*Attorneys for Defendant*
 *M1 Support Services, L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIAWNA FINCH, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>M1 SUPPORT SERVICES, L.P., a Texas limited partnership; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>          Defendants. | Case No.:  2:21-cv-00669-RFB-NJK<br><br>**JOINT NOTICE REQUESTING ASSIGNMENT TO EARLY NEUTRAL EVALUATION PROGRAM** |

Pursuant to LR 16-6(a), employment-discrimination actions filed in this Court must undergo early neutral evaluation. Pursuant to LR 16-6(b), if an action is not initially assigned to the Early Neutral Evaluation Program, an action must be assigned to the program upon the filing by any party of a notice stating that action falls under one or more of the statutes listed in LR 16-6(a).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    This matter was not placed in the ENE program at the time the Complaint was filed.

2    Plaintiff's Complaint alleges that she was discriminated against because she engaged in speech

3    protected by the First Amendment to the U.S. Constitution and that she was therefore terminated

4    in violation under 42 U.S.C. § 1983.  Accordingly, the parties request that the case be assigned to

5    the ENE program and scheduled for a settlement conference.

6    Dated this 16th day of June, 2021.

7    HUTCHINGS LAW GROUP, LLC                    JACKSON LEWIS P.C.

8

9    /s/ Mark H. Hutchings                                    /s/ Holly E. Walker
     Mark H. Hutchings, Bar No. 12783               Paul T. Trimmer, Bar No. 9291
10   552 E. Charleston Blvd.                               Holly E. Walker, Bar No. 14295
     Las Vegas, Nevada 89104                          300 S. Fourth Street, Suite 900
11                                                               Las Vegas, Nevada 89101
12   Attorneys for Plaintiff
                                                             Attorneys for Defendant
13                                                           M1 Support Services, L.P.

14

15
     IT IS SO ORDERED.
16   Dated:  June 17, 2021
17   .
     .
18   _____
     Nancy J. Koppe
19   United States Magistrate Judge

20

21

22

23

24

25

26

27

28