1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7    TIAWNA FINCH,                                    Case No. 2:21-cv-00669-RFB-NJK

8              Plaintiff(s),                          **Order**

9    v.                                               [Docket No. 20]

10   M1 SUPPORT SERVICES, L.P.,

11             Defendant(s).

12         Pending before the Court is a renewed stipulation to extend the discovery cutoff by 60

13   days.  Docket No. 20.  A request to extend unexpired deadlines in the scheduling order must be

14   premised on a showing of good cause.  Fed. R. Civ. P. 16(b)(4); Local Rule 26-3.  The good cause

15   analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of

16   diligence.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  The instant

17   stipulation is premised on speculation that Plaintiff may not appear for her deposition,[1] which is

18   currently scheduled for November 12, 2021.  *See* Docket No. 20 at 2-3.  The Court declines to

19   provide an extension based on such speculation.  To the extent Plaintiff does not appear for her

20   deposition, a request for appropriate relief may then be filed.  Accordingly, the stipulation for

21   extension is DENIED without prejudice.

22         IT IS SO ORDERED.

23         Dated: November 1, 2021

24                                                    _____

25                                                    Nancy J. Koppe
                                                     United States Magistrate Judge
26

27   _____

28   [1] The stipulation represents that Plaintiff's counsel's many attempts to locate/communicate
     with his client have not been fruitful.  Docket No. 20 at 3.