UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIAWNA FINCH,<br>    Plaintiff(s),<br>v.<br>M1 SUPPORT SERVICES, L.P., et al.,<br>    Defendant(s). | Case No. 2:21-cv-00669-RFB-NJK<br><br>**REPORT AND RECOMMENDATION** |

On November 9, 2021, Plaintiff failed to appear for the hearing on her attorney's motion to withdraw. Docket No. 25; *but see* Docket No. 23 at 1 (ordering that "**Plaintiff herself**" must appear at that hearing (emphasis in original)). Also on November 9, 2021, the Court ordered Plaintiff to obtain new counsel or file a notice of intent to proceed *pro se* by December 8, 2021. Docket No. 25. Plaintiff did not comply. On December 16, 2021, the Court ordered Plaintiff to show cause based on the above circumstances. Docket No. 32. The Court warned explicitly that it was considering sanctions "**up to and including dismissal**." *Id.* at 1 (emphasis in original). The deadline to respond to the order to show cause was set for January 6, 2022. *Id.* Plaintiff did not comply.[1]

Plaintiff's failure to comply with the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are

---

[1] It appears that Plaintiff may have moved recently without updating her contact information. *See* Docket Nos. 33-35. It is a party's obligation to update her contact information and serious ramifications (including dismissal) may result from failing to do so. *See* Local Rule IA 3-1.

1

unavailable because Plaintiff has refused to comply with the orders of this Court notwithstanding a warning that case-dispositive sanctions may be imposed. These circumstances warrant dismissal.

Accordingly, the undersigned **RECOMMENDS** that the case be **DISMISSED**.

Dated: January 20, 2022

Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).