AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tiawna Finch,

                Plaintiff,

    v.

M1 Support Services, L.P.,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00669-RFB-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiff dismissing this case.

5/19/2022

Date

DEBRA K. KEMPI

Clerk

/s/ H. Magennis

Deputy Clerk